UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

In re: Billy Scallorn                                                Case No.: 3:21-bk-71598
Debtor                                                                           Chapter 13

## MOTION TO EXTEND THE DEADLINE TO
## FILE CHAPTER 13 SCHEDULES AND PLAN

**COMES NOW** Billy Scallorn, ("Debtor") by and through his attorney, Matthew D. Mentgen, and for his Motion to Extend the Deadline to File Chapter 13 Schedules and Plan, states:

1. That this pending Chapter 13 case was filed on November 11, 2021 with deficient schedules and plan due on November 26, 2021.

2. That Debtor needs an extension of time to ascertain the extent of his debts so that he may propose a reasonable settlement to his creditors.

3. That Debtor needs an extension of time to ascertain the extent of his income so that he may propose a reasonable settlement to his creditors.

**WHEREFORE**, Debtors prays that this Court grant his motion and allow him an additional fourteen (14) days to file his deficient schedules and plan.

Respectfully submitted,

/s/ Matthew D Mentgen
Matthew D. Mentgen  2008096
Attorney for Debtor
PO Box 164439
Little Rock, AR 72216
(501) 392-5662

## CERTIFICATE OF SERVICE

I, Matthew D. Mentgen, do hereby certify that a copy of the foregoing was delivered to Joyce B. Babin, Chapter 13 Trustee by electronic transmission, today, November 26, 2021.

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Attorney for Debtor
Ark Bar# 2008096
PO Box 164439
Little Rock, AR 72216
(501) 392-5662