UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

In re: Billy Scallorn                                              Case No.: 3:21-bk-71598
Debtor                                                                              Chapter 13

# ORDER TO EXTEND DEADLINE
# TO FILE DEFICIENT SCHEDULES AND PLAN

Now before the Court is the *Motion to Extend Time to File Deficient Schedules and Plan* filed on behalf of Billy Scallorn ("Debtor") by his attorney, Matthew D. Mentgen, on November 26, 2021 [Docket 12]. This Court finds that the motion should be, and hereby is, **GRANTED**. Accordingly, this Court orders that the Debtor is given an additional 14 days to file the deficient schedules in this case.

**IT IS SO ORDERED.**

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 11/30/2021