UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

In re: Billy Scallorn             Case No.: 3:21-bk-71598
Debtor             Chapter 13

## MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE DEFICENT SCHEULES AND PLAN

**COMES NOW** Billy Scallorn, ("Debtor") by and through his attorney, Matthew D. Mentgen, and for his Motion to Extend the Deadline to File Chapter 13 Schedules and Plan, states:

1. That this pending Chapter 13 case was filed on November 11, 2021 with deficient schedules and plan due on November 26, 2021.

2. That Debtor was granted an extension of time until December 14, 2021 to file his deficient schedules and plan by order of this court on November 30, 2021 [Docket 17].

3. That Debtor has been unable to complete his bankruptcy schedules and plan because the records required are in his ex-wife's possession. Debtor has contacted the attorney who assisted him in his divorce proceeding and asked for additioal assistance in retrieving the required records.

4. That Debtor needs an additional extension of time so that he may retrieve the required records and accurately complete his bankruptcy schedules and plan.

**WHEREFORE**, Debtor prays that this Court grant his motion and allow him until December 31, 202 to file his deficient schedules and plan.

Respectfully submitted,

/s/ Matthew D Mentgen
Matthew D. Mentgen 2008096
Attorney for Debtor
PO Box 164439
Little Rock, AR 72216
(501) 392-5662

## CERTIFICATE OF SERVICE

      I, Matthew D. Mentgen, do hereby certify that a copy of the foregoing was delivered to Joyce B. Babin, Chapter 13 Trustee by electronic transmission, today, December 14, 2021.

/s/ Matthew D. Mentgen
Matthew D. Mentgen
Attorney for Debtor
Ark Bar# 2008096
PO Box 164439
Little Rock, AR 72216
(501) 392-5662